EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00215-005 DAE |
|---|---|---|
| Plaintiff, | ) | SATISFACTION OF JUDGMENT AND RELEASE OF NOTICE OF LIEN |
| vs. | ) | |
| Den Van Nguyen, | ) | |
| Defendant. | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on February 13, 2004, a Judgment in a Criminal Case was entered against Den Van Nguyen (SSN: XXX-XX-7252) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $100.00, a fine of $3,000.00, and restitution of -0-.

A Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on June 23, 2004 at the Bureau of Conveyances, State of Hawaii, Document No. 2004-127034.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED:  September 20, 2007, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                 /s/ Edric M. Ching

                          By:_____
                              EDRIC M. CHING
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff
```

213.wp